LORRAINE W. J. PARKER, Respondent, *v.* SYLVIA G. HOEFER, Appellant.

Submitted January 3, 1955; decided January 6, 1955.

*N. Holmes Clare* for motion.

*Richard H. Wels* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that, on this appeal, there are questions involved other than the constitutionality of a statute (Civ. Prac. Act, § 588, subd. 4).